In the Matter of WILLIAM J. LEONARD, Respondent, against HARRY J. KRATOVILLE et al., Members of the Suffolk County Board of Elections, Respondents.

Joseph J. Ruskowski, Appellant.— No opinion. Hagarty, Johnston, Adel, Taylor and Close, JJ., concur.